IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANNIE THOMPSON | ) |
| | ) |
| v. | ) |
| | ) No. 3-15-0586 |
| FIRST ACCEPTANCE CORPORATION; | ) |
| FIRST ACCEPTANCE INSURANCE | ) |
| COMPANY, INC.; FIRST | ) |
| ACCEPTANCE INSURANCE | ) |
| COMPANY OF TENNESSEE, INC.; | ) |
| and ACCEPTANCE INSURANCE | ) |
| AGENCY OF TENNESSEE, INC. | ) |

O R D E R

As ordered by the Court, the parties submitted a Report on Status of Settlement Agreement on November 2, 2015 (Docket Entry No. 18). It appears that the parties are well on their way to resolving this case but need additional time to finalize the details of the settlement and settlement administration.

It is hereby ORDERED that the parties shall submit another joint mediation report by **December 30, 2015**, to update the court on the status of the settlement agreement if the case has not been dismissed by that date.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge